Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone:  (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown (*Pro Hac Vice*)
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Josh Webber

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSH WEBBER<br><br>         Plaintiff,<br><br>    vs.<br><br>DAMON ANTHONY DASH<br><br>         Defendant. | **CASE NO. 24-CV-3278-JFW**<br><br>PLAINTIFF'S NOTICE AND MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. John Walter<br>Time:   September 23, 2024 1:30pm<br>Courtroom: 7A |

1
MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Josh Webber ("Webber" of "Plaintiff") files the instant Motion For Summary Judgment against Damon Dash ("Dash" or "Defendants") for defamation of character.

The order will be sought at United States Courthouse, 350 West $1_{st}$ Street, Los Angeles, CA, 90012, Courtroom 7A, 7th Floor on September 23, 2024. Plaintiff relies on her Memorandum of Law and the Affidavits of Josh Webber, Rock Jacobs and Christopher Brown in support of this motion.

## RULE 7-3 CONFERENCE

Plaintiff conferenced this matter with defense counsel on August 6, 2024 via video zoom conference. The parties were unable to resolve the motion.

        Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com

Christopher Brown
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

August 20, 2024      Counsel for Plaintiffs

2
MOTION FOR SUMMARY JUDGMENT

PROOF OF SERVICE

BOSTON, MASSACHSUETTS

I am employed in Suffolk County, Boston, Massachusetts. I am over the age of eighteen years and not a party to the within action. My business address is Brown & Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109. My address for electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**Motion for Summary Judgment;**
**Memorandum Of Law In Support Of Motion For Summary Judgment;**
**Affidavit Of Josh Webber in Support of Motin For Summary Judgment;**
**Affidavit Of Christopher Brown In Support Of Motion For Summary Judgment;**
**Affidavit Of Rock Jacobs;**
**Plaintiff's Statement of Uncontroverted Facts and Law**

on each of the interested parties in this action by attaching ☐ the original ☒ a PDF copy via email only as follows:

Attorneys for Defendant

STANLEY D. BOWMAN
700 N. Pacific Coast Hwy., Suite 202A
Redondo Beach, CA 90277
(310) 937-4529
Fax: (310) 937-4440
**sb@stanleybowman.com**

I declare under penalty of perjury under the laws of the Massachusetts that the foregoing is true and correct. Executed on August 20, 2024, in Boston, MA.

Christopher Brown             Christopher Brown
                                            *Signature*

3
MOTION FOR SUMMARY JUDGMENT