**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.   **CV 24-3278-JFW(MRWx)** | Date:  September 13, 2024 |

Title:   Josh Webber -*v*- Damon Anthony Dash

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE DENIED FOR FAILURE TO COMPLY WITH COURT ORDER** |

On August 20, 2024, Plaintiff Josh Webber ("Plaintiff") filed a Motion for Summary Judgment, which is set for hearing on September 23, 2024.  The Court's Scheduling and Case Management Order ("CMO") (Docket No. 34) filed on July 24, 2024 provides in relevant part:

> No more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial . . . of the motion.

CMO § 4(e).  The deadline for filing the Reply was 14 days before the date designated for the hearing of the motion or September 9, 2024.  Plaintiff, however, failed to file the required Proposed Statement of Decision on or before September 11, 2024.

Accordingly, lead counsel for Plaintiff is ordered to show cause in writing by **September 17, 2024** why Plaintiff's Motion for Summary Judgement should not be denied for failure to comply with the Court's Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the denial of the motion.  In addition, Plaintiff shall file the required proposed Statement of Decision on or before **September 17, 2024.**

IT IS SO ORDERED.