Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone: (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown-Pro Hac Vice
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Monique Bunn

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSH WEBBER<br><br>        Plaintiff,<br><br>vs.<br><br>DAMON ANTHONY DASH<br><br>        Defendant. | **CASE NO. 24-CV-3278-JFW**<br><br>PLAINTIFF'S SETTLEMENT REPORT<br><br>Judge: Hon. John Walter<br>Time: February 12, 2025, 1:30pm<br>Courtroom: 7A |

Plaintiff Josh Webber ("Webber") submit this report on the issue of settlement. The parties have not had any discussions relating to settlement and defendant pursuant to his Answer denies liability. Plaintiff's counsel attempt to conduct a mediation in December 2024 but was unsuccessful. The parties previously had another defamation case file in 2019, <u>Webber v. Dash</u>, 19-610 (RWL)(SDNY) and there were no settlement discussions relating to defamation conducted in the related matter. Plaintiff's counsel has prosecuted 3 defamation cases against the defendant and Dash has never made a settlement offer in any of the litigation matters.

Plaintiff has been informed that the defendant will file bankruptcy.

*Dina Adham*
Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com

*Christopher Brown*
Christopher Brown (**Lead Counsel**)
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com
Counsel for Plaintiff

February 12, 2025

# PROOF OF SERVICE

BOSTON, MASSACHUSETTS

    I am employed in the Suffolk County, Boston, Massachusetts.  I am over the age of eighteen years and not a party to the within action.  My business address is Brown & Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109.  My address for electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**PLAINTIFF'S SETTLEMENT REPORT**

on each of the interested parties in this action by attaching ☐  the original ☒ a PDF copy thereof addressed as follows:

<u>Attorneys for Defendant</u>

Attorney For Defendant Damon Dash
Stanley D. Bowman, Esq. **(Lead Counsel)**
700 N. Pacific Coast Hwy., Suite 202A
Redondo Beach, CA 90277
(310) 937-4529
sb@stanleybowman.com

    I declare under penalty of perjury under the laws of the Massachusetts that the foregoing is true and correct.  Executed on February 12, 2025, in Boston, MA.

| Christopher Brown | *Christopher Brown* |
|---|---|
| | *Signature* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28