Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone:  (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown (*Pro Hac Vice*)
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Josh Webber

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSH WEBBER<br><br>        Plaintiff,<br><br>    vs.<br><br>DAMON ANTHONY DASH<br><br>        Defendant. | **CASE NO. 24-CV-3278-JFW**<br><br>PLAINTIFF'S NOTICE AND MOTION FOR DEFAULT JUDGMENT<br><br>Judge: Hon. John Walter<br>Time:   March 3, 2025 1:30pm<br>Courtroom: 7A |

1
MOTION FOR ASSESMENT OF DAMAGES

PLEASE TAKE NOTICE that Josh Webber ("Webber" of "Plaintiff") files the instant Motion For Default Judgment against Damon Dash ("Dash" or "Defendant") for defamation of character.

The order will be sought at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 7A, 7th Floor on March 3, 2025. Plaintiff relies on his Memorandum of Law and the Affidavits of Josh Webber, Rock Jacobs and Christopher Brown in support of this motion.

## RULE 7-3 CONFERENCE

Plaintiff was ordered to file the instant motion pursuant to Docket Entry 105 and 106. On February 20, 2025 the parties discussed this matter. Attorney Bowman indicated that nothing was changed with the case or his client's position. Mr. Dash still wanted to engage in discovery and he was frustrated with being defaulted.

Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com

Christopher Brown
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

March 3, 2025                Counsel for Plaintiffs

PROOF OF SERVICE

2

MOTION FOR ASSESMENT OF DAMAGES

BOSTON, MASSACHSUETTS

I am employed in Suffolk County, Boston, Massachusetts. I am over the age of eighteen years and not a party to the within action. My business address is Brown & Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109. My address for electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**Motion for Default Judgment;**
**Memorandum Of Law In Support Of Motion for Default Judgment;**
**Affidavit Of Josh Webber**
**Affidavit Of Christopher Brown; and**
**Affidavit Of Rock Jacobs**

on each of the interested parties in this action by attaching ☐ the original ☒ a PDF copy via email only as follows:

<u>Attorneys for Defendant</u>

STANLEY D. BOWMAN
700 N. Pacific Coast Hwy., Suite 202A
Redondo Beach, CA 90277
(310) 937-4529
Fax: (310) 937-4440
**sb@stanleybowman.com**

I declare under penalty of perjury under the laws of the Massachusetts that the foregoing is true and correct. Executed on March 3, 2025, in Boston, MA.

| Christopher Brown | Christopher Brown |
|---|---|
| | *Signature* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR SUMMARY JUDGMENT