Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone:   (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown (*Pro Hac Vice*)
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Josh Webber

## UNITED STATES DISTRICT COURT

## CENTRAL DIVISION OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOSH WEBBER<br><br>             Plaintiff,<br><br>  vs.<br><br>DAMON ANTHONY DASH<br><br>             Defendant. | **CASE NO. 24-CV-3278-JFW**<br><br>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>Judge: Hon. John Walter<br>Time: April 7, 2025<br>Date: 1:30pm<br>Courtroom: 7A |

# Table of Contents

PAGE

I.      **INTRODUCTION**                                              4

II.     **STATEMENT OF FACTS**                                       4

   A. **The Parties**                                                 4

   B. **The 2019 New York Lawsuit For Defamation**                    4

   C. **The March 30, 2024 Earn Your Leisure Podcast**               5

   D. **Mr. Webber's Contract With Rebel Entertainment
      Is Terminated**                                                 6

III.    **ARGUMENT**                                                 7


        **Mr. Webber Suffered Actual Damages As A Result Of
        Dash's Defamatory Statement**                                7


IV.     **CONCLUSION**                                               8

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1

## **Table of Authorities**

2

PAGE

3

Brown v. Dash, 20-10676-DSF                                    5

4

Bunn v. Dash, 20-7389-DMG                                      5

5

6

 Carney v. Santa Cruz Women Against Rape
(1990) 221 Cal.App.3d 1009                                     7

7

8

Gertz v. Robert Welch (1974) 418 U.S. 323                      7

9

Raven's Cove Townhomes, Inc. v. Knuppe Development Co.

10

(1981) 114 Cal.App.3d 783                                      7

11

Russell v. Geis (1967) 251 Cal.App.2d 560                      7

12

Webber v. Dash 19-610 (RWL)                                    5

13

Williams v. Dash 150119/2010 (New York Supreme Court)          5

14

15

**Statutory Authority and Other Citations**
Cal. Civ. Code, § 3333                                         7

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiff Josh Webber ("Mr. Webber") files the instant Memorandum of Law in support of his motion for default judgment seeking an assessment of damages pursuant to F.R.CP. 55.  The Court struck the Answer of Defendant Damon Dash ("Dash") and ordered Plaintiff to prove his damages.  (Docket Entry 105, 106)

This is a defamation lawsuit in which Mr. Webber suffered a $4,000,000 loss of a contract to direct a film.  The contract value and the basis for its termination are straightforward and supported by the undisputed evidence in this case.  Mr. Webber, thus, requests that judgment be entered in the sum of $4,000,000 in his favor and against Damon Dash.

### II.    STATEMENT OF FACTS

#### A. The Parties

Mr. Webber is an acclaimed filmmaker, recognized for his work as a director, producer, and screenwriter. Mr. Webber is a 2009 graduate of the New York Film Academy. (Webber Affidavit, ¶1)

Dash formerly was in the upper echelons of the hip-hop music world, co-founding Roc-A-Fella records with world-famous artist Jay-Z.  He now has a variety of ventures, and frequently appears as a guest on podcasts.

#### B. The 2019 New York Lawsuit For Defamation

In 2016, Muddy Water Pictures ("MWP") hired Mr. Webber to direct the film, "The List", which was later renamed "Dear Frank" ("The Film").

(Webber Affidavit, Exhibit 1, Complaint-Docket Entry 1, ¶ 7)  MWP hired
Dash as a "vanity director" for The Film.[1]  (Docket Entry 1, ¶ 6)

Soon after production of The Film began, Dash became disruptive on the
set, and eventually MWP had no choice but to terminate him.  (Id.)

Dash thereafter claimed to be the owner of the copyright in The Film and
attempted to market The Film as his own.  Id. paragraph 7.  Not only did Dash
attempt to steal The Film from MWP, but he had the audacity to accuse MWP
and Webber of stealing The Film from him.  (Id., ¶¶ 7-8)

To resolve the matter, MWP and Mr. Webber filed a lawsuit in the
Southern District of New York for copyright infringement and defamation,
styled Webber v. Dash 19-610 (RWL) ("NY Lawsuit").  (Id., ¶¶ 7-8)  After a
jury trial in March 2022, Dash was found liable for copyright infringement and
for defaming MWP and Mr. Webber.  (Webber Affidavit, Exhibits 2, 3)  The
false statements for which Dash was found liable included that Mr. Webber
stole from Dash, Webber did not direct the Film, and is a con man.  (Webber
Affidavit, Exhibit 1)  The jury confirmed MWP's ownership of the copyright
for The Film and awarded MWP and Mr. Webber $823,000.00 in damages.
(Webber Affidavit, Exhibits 2, 3)

## C. The March 30, 2024 Earn Your Leisure Podcast

On or about March 30, 2024, Dash was a guest on the "Earn Your
Leisure" Podcast ("Podcast").  During the Podcast, Dash discussed with the
host the upcoming auction of his ownership interest in Roc-A-Fella Records to
satisfy the unpaid judgment entered against him in the NY Lawsuit.  (Webber

---

[1] A vanity director is a person who receives credit for marketing purposes, but it not expected to
perform any services that would warrant a credit.

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Affidavit, Exhibit 5, ¶¶ 8, 9) Dash repeated the prior defamatory accusations
of theft, telling the hosts that:

> **" I had a judgment**.  And I knew this dickhead Chris Brown
> (pause) and Josh Webber (pause)  and Muddy Waters…
> Chris Brown the lawyer.  I went through 4 trials with the same
> lawyer…
>
> **What I lost was defamation because these guys trigger me and
> steal my shit**...you think there is freedom of speech, it's really
> not…

(Webber Affidavit, Exhibit 5)  The video of the Podcast has been seen over
300,000 times on Instagram and Facebook.  (Webber Affidavit, Exhibit 5)

### D. Mr. Webber's Contract With Rebel Entertainment Is Terminated

On March 18, 2024, Rebel Entertainment ("Rebel") offered Mr. Webber
a contract to direct/produce the film "Fast Life," starring Billy Bob Thornton,
Scott Eastwood and others.  (Webber Affidavit, ¶ 11; Rock Jacobs
Affidavit, Exhibit 13-A)  Mr. Webber was to be paid Four Million Dollars
($4,000,000.00) for his services. (Id.)  Mr. Webber and Rebel signed the
contract on or about April 2, 2024.  (Id.)

Only eight days later, on April 10, 2024, Rebel cancelled the contract
with Mr. Webber.  (Rock Jacobs Affidavit, Exhibit 14- B; Webber
Affidavit, Exhibit 7, ¶13)   Its founder, Rock Jacobs, regretfully informed Mr.
Webber that Dash's accusations of theft made an investor very uncomfortable
with having Mr. Webber work on the film, mandating his dismissal.  (Id.)

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## III.    ARGUMENT

## <u>Mr. Webber Suffered Actual Damages As A Result Of Dash's Defamatory Statement</u>

Mr. Webber suffered harm in the sum of $4,000,000 as a result of Dash's false accusation of theft.  Damages for defamation are meant to reflect the amount that will compensate the plaintiff for the harm suffered.  Cal. Civ. Code, § 3333; <u>Raven's Cove Townhomes, Inc. v. Knuppe Development Co.</u> (1981) 114 Cal.App.3d 783, 801 (the purpose of tort damages is to make the injured plaintiff whole).  Compensatory damages should include damages for injury to reputation.  <u>Carney v. Santa Cruz Women Against Rape</u> (1990) 221 Cal.App.3d 1009, 1022;  <u>Russell v. Geis</u> (1967) 251 Cal.App.2d 560, 571-572; <u>Gertz v. Robert Welch</u> (1974) 418 U.S. 323, 350.

In this case, Mr. Webber entered into a contract with Rebel whereby he was to be paid $4,000,000 to direct the film "Fast Life".  (Webber Affidavit,  ¶ 11; Rock Jacobs Affidavit, Exhibit 13-A)  After Dash falsely and publicly accused Mr. Webber of stealing from him – a grave insult in the movie industry – Rock Jacobs of Rebel contacted Mr. Webber and advised him that Rebel was canceling the contract. (Webber Affidavit, Exhibit 7)  Mr. Jacobs stated:

> Specifically, our investor came across an interview on "Earn Your Leisure" where your name was mentioned in connection with allegations of theft from Damon Dash and a significant lawsuit involving Chris Brown. While I haven't had the opportunity to delve deeply into these allegations, initial online searches do not paint a favorable picture. As you can understand, our investor, being a family-oriented individual, is adamant about not associating his name or the project title with any controversial matters. Regrettably, based on the findings outlined above, I must officially terminate our agreement. Please accept this as formal written notification of our decision.

<u>Id.</u>

7

Mr. Webber's loss of Four Million Dollars ($4,000,000.00) is supported by the undisputed evidence.

## IV.    CONCLUSION

For the second time, Dash made false claims that Mr. Webber stole from him, causing harm to Mr. Webber in his business. For the reasons stated above, Plaintiff Josh Webber respectfully requests that the Court assess damages and enter judgment in favor of Mr. Webber and against Damon Dash in the amount of Four Million Dollars ($4,000,000.00).

Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com

Christopher Brown
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

March 3, 2025                    Counsel for Plaintiffs

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## PROOF OF SERVICE

BOSTON, MASSACHSUETTS

     I am employed in Suffolk County, Boston, Massachusetts. I am over the age of eighteen years and not a party to the within action. My business address is Brown & Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109. My address for electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**Motion for Default Judgment;**
**Memorandum Of Law In Support Of Motion for Default Judgment;**
**Affidavit Of Josh Webber**
**Affidavit Of Christopher Brown; and**
**Affidavit  Of Rock Jacobs**

on each of the interested parties in this action by attaching ☐  the original ☒ a PDF copy via email only as follows:

Attorneys for Defendant

STANLEY D. BOWMAN
700 N. Pacific Coast Hwy., Suite 202A
Redondo Beach, CA 90277
(310) 937-4529
Fax: (310) 937-4440
**sb@stanleybowman.com**

     I declare under penalty of perjury under the laws of the Massachusetts that the foregoing is true and correct. Executed on March 3, 2025, in Boston, MA.


| Christopher Brown | Christopher Brown |
|---|---|
| | *Signature* |

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

MEMORANUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT