

Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone:   (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown (*Pro Hac Vice*)
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Josh Webber

## UNITED STATES DISTRICT COURT

## CENTRAL DIVISION OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JOSH WEBBER<br><br>              Plaintiff,<br><br>     vs.<br><br>DAMON ANTHONY DASH<br><br>              Defendant. | **CASE NO. 24-CV-3278-JFW**<br><br>PLAINTIFF'S CORRECTED NOTICE AND MOTION FOR DEFAULT JUDGMENT<br><br>Judge: Hon. John Walter<br>Time:   April 7, 2025 1:30pm<br>Courtroom: 7A |

1

MOTION FOR ASSESMENT OF DAMAGES

PLEASE TAKE NOTICE that Josh Webber ("Webber" of "Plaintiff") files the instant Motion For Default Judgment  against  Damon Dash ("Dash" or "Defendant") for defamation of character.

The order will be sought at United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 7A, 7th Floor on April 7, 2025 at 1:30pm. Plaintiff relies on his Memorandum of Law and the Affidavits of  Josh Webber, Rock Jacobs and Christopher Brown  in support of this motion.

### RULE 7-3 CONFERENCE

Plaintiff was ordered to file the instant motion pursuant to Docket Entry 105 and 106. On February 20, 2025 the parties discussed this matter. Attorney Bowman indicated that nothing was changed with the case or his client's position. Mr. Dash still wanted to engage in discovery and he was frustrated with being defaulted.

Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com

Christopher Brown
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

March 4, 2025            Counsel for Plaintiffs

PROOF OF SERVICE

2

MOTION FOR ASSESMENT OF DAMAGES

BOSTON, MASSACHSUETTS

I am employed in Suffolk County, Boston, Massachusetts.  I am over the age
of eighteen years and not a party to the within action.  My business address is Brown
& Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109.  My address for
electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**Corrected Motion for Default Judgment;**

on each of the interested parties in this action by attaching ☐ the original ☒ a PDF
copy via email only as follows:

Attorneys for Defendant

STANLEY D. BOWMAN
700 N. Pacific Coast Hwy., Suite 202A
Redondo Beach, CA 90277
(310) 937-4529
Fax: (310) 937-4440
**sb@stanleybowman.com**

I declare under penalty of perjury under the laws of the Massachusetts that the
foregoing is true and correct.  Executed on March 4, 2025, in Boston, MA.


Christopher Brown

Christopher Brown
*Signature*

3
MOTION FOR ASSESMENT OF DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR SUMMARY JUDGMENT